UNITED STATES DISTRICTR COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

Acknowledged
TWP
February 23, 2021

| | |
|---|---|
| THOMAS A. TURNER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Case No. 4:20-cv-00152-TWP-DML |
| WASHINGTON COUNTY SHERIFF BRENT MILLER, | ) |
| JOSEPH KELTNER Washington County Sheriff Deputy | ) |
| in his official and individual capacities, | ) |
| MATTHEW HEIN Washington County Sheriff Deputy | ) |
| in his official and individual capacities, | ) |
| TROY HILDRETH Washington County Sheriff Deputy | ) |
| in his official and individual capacities, | ) |
| CHERYL BAKER and ANDREAS BAKER, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

All parties, Thomas A. Turner, Washington County Sheriff Brent Miller, Joseph Keltner, Matthew Hein, Tory Hildreth[1], Cheryl Baker and Andreas Baker, by and through undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's claims against all Defendants in the above-captioned case be dismissed without prejudice, with the parties to pay and bear their own respective costs and attorney's fees.

By:   /s/ Mark J. Pizur
Mark J. Pizur
*Attorney At Law*
275 Medical Drive, #4186
Carmel, Indiana 46082
O: (317) 506-4887
Email: mark.pizur@hotmail.com

*Attorney for Plaintiff Thomas A. Turner*

By:   /s/ Curt M. Graham
Curt M. Graham
*Freeman Mathis & Gary, LLP*
2525 Harrodsburg Road, Suite 500
Lexington, Kentucky 40504
O: (859) 410-7852
Email: cgraham@fmglaw.com

*Attorney for Defendants Washington County Sheriff Brent Miller, Joseph Keltner, Matthew Hein and Tory Hildreth*

---

[1] This Defendant was identified as "Troy Hildreth" in the Complaint.

By:   /s/ J. Clayton Culotta
      J. Clayton Culotta
      *Culotta & Culotta LLP*
      815 East Market Street
      New Albany, Indiana 47150
      O: (812) 941-8886
      Email:  clay@culottalaw.com

      *Attorney for Defendants Cheryl Baker and Andreas Baker*

## Certificate of Service

I hereby certify that on the 22nd day of February, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

      /s/ *Mark J. Pizur*
      Mark J. Pizur